BEFORE THE FIRST DIVISION, JANUARY 7, 1960

No. 63682.—Max Eckardt & Sons Ornament Corp. *v.* United States, protests 58/19746, 58/24314, and 59/4481 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the

subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.